In re: ZODIAC INVESTMENT, INC., Debtor.

Edward Scharf, Appellant–Appellant,

v.

David E. Hoover, Appellee–Appellee.

No. 01–15038.

BAP No. NV–99–1844–PMoR.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 10, 2001.*

Decided Sept. 21, 2001.

Before HUG, PREGERSON, and WARDLAW, Circuit Judges.

MEMORANDUM **

Edward Scharf appeals the Bankruptcy Appellate Panel's ("BAP") order affirming a bankruptcy court's award of general damages to appellee David E. Hoover for Scharf's mining of minerals, and special damages for the fraudulent transfer of mining equipment. We have jurisdiction under 28 U.S.C. § 158(d). We review de

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

novo decisions of the Bankruptcy Appellate Panel, *Cool Fuel, Inc. v. Bd. of Equalization (In re Cool Fuel, Inc.)*, 210 F.3d 999, 1001 (9th Cir.2000), and affirm for the reasons stated in the BAP's order filed December 15, 2000.

AFFIRMED.